UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. WILLIAMS,<br><br>    Petitioner,<br><br>        v.<br><br>MICHAEL B. MUKASEY, *et al.*,<br><br>    Respondents. | Civil Action No. 07-2040 (EGS) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Signed:    EMMET G. SULLIVAN
              United States District Judge

Dated:    January 6, 2008