UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES E. WILLIAMS,

　　Petitioner,

　　v.                                                     Civil Action No.  07-2040  (EGS)

MICHAEL B. MUKASEY, *et al.*,

　　Respondents.

## ORDER

　　This matter is before the Court on petitioner's "Motion for Reconsideration of Order on Memorandum Opinion."  Petitioner's claims that the sentencing court lacked subject matter jurisdiction over his criminal case and that counsel rendered ineffective assistance must be presented to the sentencing court in a motion under 28 U.S.C. § 2255.  *See Taylor v. United States Bd. of Parole*, 194 F.2d 882, 883 (D.C. Cir. 1952); *Ojo v. Immigration & Naturalization Serv.*,106 F.3d 680, 683 (5th Cir. 1997).  Petitioner filed the petition in the wrong federal district court, and its dismissal without prejudice is proper.  *See, e.g., Flores v. Mukasey*, No. 08-0387, 2008 WL 724019, at *1 (D.D.C. Mar. 17, 2008) (dismissing petition challenging conviction in the United States District Court for the Northern District of Texas); *Fuentes v. Attorney General for the United States*, No. 07-2158, 2007 WL 4270788, at *1 (D.D.C. Dec. 4, 2007) (dismissing petition challenging conviction in the United States District Court for the Northern District of Texas).

　　Accordingly, it is hereby

ORDERED that petitioner's motion for reconsideration [Dkt. #5] is DENIED.

SO ORDERED.

          Signed:      EMMET G. SULLIVAN
                         United States District Judge

          Dated:       May 29, 2008